UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIONGSHENG ("JIM") ZHAO | CASE NUMBER: 18 CR 24 |

## ORDER

The UNITED STATES OF AMERICA by its attorney, SANDRA MOSER, Acting Chief of the Fraud Section of the Criminal Division, United States Department of Justice, having moved this Court to Unseal the Complaint, Affidavit, Arrest Warrant, and Motion to Seal, and the Court's sealing Order dated January 11, 2018, and having demonstrated good cause in support of its motion, specifically, that the circumstances and attendant concerns that prompted the government's initial request to seal in this matter are no longer present.

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, Arrest Warrant, Motion to Seal, and the Court's sealing Order dated January 11, 2018, all be unsealed and publicly filed.

ENTER:

Hon. _____
United States Magistrate Judge

DATE: January 29, 2018