

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIONGSHENG ("JIM") ZHAO | CASE NUMBER: 18 CR 24 |

## ORDER

The UNITED STATES OF AMERICA by its attorney, SANDRA MOSER, Acting Chief of the Fraud Section of the Criminal Division, United States Department of Justice, having moved this Court for an Exclusion of Time under the Speedy Trial Act, and having demonstrated good cause in support of its motion.

IT IS HEREBY ORDERED THAT the Court excludes sixty days from the time within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(h)(3).

ENTER:

_____
Chief Judge Rubén Castillo
United States District Judge

DATE: January 31, 2018