UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIONGSHENG ("JIM") ZHAO | No. 18 CR 24<br>Judge John J. Tharp, Jr. |

**NOTICE OF THE SECOND AGREED MOTION TO CONTINUE
DATES FOR SENTENCING AND VERSIONS OF THE OFFENSE**

PLEASE TAKE NOTICE that on July 9, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for the United States of America will appear before the Honorable John J. Tharp, Jr. or any judge sitting in his stead in Courtroom 1418, 219 South Dearborn Street, Chicago, Illinois, to present this Second Agreed Motion to Continue Dates for Sentencing and Versions of the Offense. Through this Motion, unopposed by the defendant, the United States respectfully moves the Court for an order stating that (i) the government shall provide its Version of the Offense to the Probation Office by September 9, 2019; (ii) the defendant shall provide his Version of the Offense, if any, to the Probation Office by September 16, 2019; and (iii) sentencing in this matter shall be reset for December 10, 2019. The accompanying brief is incorporated into this Motion as if fully set forth herein.

-2-

Dated: June 28, 2019

                                              Respectfully submitted,

                                              ROBERT A. ZINK
                                              Acting Chief, Fraud Section
                                              Criminal Division

                                              _____/s/_____
                                              Justin Weitz
                                              Assistant Chief

                                              Matthew F. Sullivan
                                              Trial Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIONGSHENG ("JIM") ZHAO | No. 18 CR 24<br>Judge John J. Tharp, Jr. |

**SECOND AGREED MOTION TO CONTINUE DATES
FOR SENTENCING AND VERSIONS OF THE OFFENSE**

Now comes the United States of America, through undersigned counsel, and states as follows in support of its Second Agreed Motion to Continue Dates for Sentencing and Versions of the Offense:

1. On December 26, 2018, the defendant pleaded guilty to a one-count information charging him with spoofing, in violation of 7 U.S.C. §§ 6c(a)(5)(C) and 13(a)(2). The defendant's sentencing hearing is presently scheduled for October 10, 2019 at 10:00 a.m.

2. Pursuant to Local Criminal Rule 32.1(e) and the Court's March 28, 2019 order (Dkt. No. 47), the government must provide its Version of the Offense to the Probation Office by July 9, 2019, and the defendant must provide his Version of the Offense, if any, by July 16, 2019.

3. The government seeks to continue by two months the dates for the sentencing hearing (*i.e.*, to December 10, 2019) and on which the parties must provide their Versions of the Offense to the Probation Office (*i.e.*, to September 9, 2019 for the government; to September 16, 2019 for the defendant). The defendant is cooperating with the government's investigation,

and the government anticipates needing additional time to evaluate the defendant's cooperation. Accordingly, the government seeks a continuance of the sentencing hearing to December 10, 2019, and requests that Versions of the Offense be provided to the Probation Office on the schedule proposed above.

4. Pursuant to Local Criminal Rule 32.1(f), if sentencing is continued as requested, the Presentence Investigation Report would be due by November 5, 2019. The new deadlines proposed above, therefore, should provide the Probation Office with sufficient time to incorporate the Versions of the Offense submitted by the parties prior to the Probation Office's deadline for submitting the PSR.

5. The defendant does not oppose the government's request for a continuance set forth in this Motion.

## V. CONCLUSION

For all of the foregoing reasons, the Second Agreed Motion to Continue the Dates of Sentencing and Versions of the Offense should be granted.

Dated: June 28, 2019

ROBERT A. ZINK
Acting Chief, Fraud Section
Criminal Division

/s/
Justin Weitz
Assistant Chief

Matthew F. Sullivan
Trial Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIONGSHENG ("JIM") ZHAO | No. 18 CR 24<br>Judge John J. Tharp, Jr. |

## **ORDER**

Upon consideration of the Second Agreed Motion to Continue Dates of Sentencing and Versions of the Offense, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.

2. The government shall provide its Version of the Offense to the Probation Office by September 9, 2019.

3. The defendant shall provide his Version of the Offense, if any, to the Probation Office by September 16, 2019.

4. Sentencing in this matter is reset for December 10, 2019 at _____.

IT IS SO ORDERED.

_____
Hon. John J. Tharp, Jr.
United States District Judge