# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.   Case No.: 1:18−cr−00024
Honorable John J. Tharp Jr.

Jiongsheng "Jim" Zhao

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2019:

MINUTE entry before the Honorable John J. Tharp, Jr as to Jiongsheng "Jim" Zhao: The second agreed motion to continue dates for sentencing and versions of the offense [57] is granted in part. No appearance on the motion is required. The government shall provide its version of the offense to the probation office by 9/9/19; defendant shall provide his version of the offense, if any, to the probation office by 9/16/19; and the sentencing in this matter is reset to 12/17/19 at 10:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.