UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIONGSHENG ("JIM") ZHAO | No. 18 CR 24<br>Judge John J. Tharp, Jr. |

**THIRD AGREED MOTION TO**
**CONTINUE THE SENTENCING DATE**

Now comes the United States of America, through undersigned counsel, and states as follows in support of its Third Agreed Motion to Continue the Sentencing Date:

1. On December 26, 2018, the defendant pleaded guilty to a one-count information charging him with spoofing, in violation of 7 U.S.C. §§ 6c(a)(5)(C) and 13(a)(2), and the defendant's sentencing hearing was scheduled for October 10, 2019.

2. On July 1, 2019, upon an agreed motion to continue by the parties, the Court reset the sentencing hearing for December 17, 2019.

3. On September 9, 2016, pursuant to Local Criminal Rule 32.1(e) and the Court's March 28, 2019 order (Dkt. No. 47), the government provided its Version of the Offense to the Probation Office.

4. On November 5, 2019, the Probation Office disclosed its Presentence Investigation Report to the Court and the parties. At this time, neither party has filed its objections to the PSR or their sentencing memoranda.

5. The government now seeks to continue by approximately six weeks the date for the sentencing hearing (*i.e.*, to January 28, 2020). The defendant is cooperating with the government's investigation, and the government anticipates needing additional time to evaluate the defendant's cooperation. Accordingly, the government seeks a continuance of the sentencing hearing to January 28, 2020.

6. The defendant does not oppose the government's request for a continuance set forth in this Motion.

## V. CONCLUSION

For all of the foregoing reasons, the Third Agreed Motion to Continue the Sentencing Date should be granted.

Dated: November 18, 2019

                                                ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

                                                /s/
Justin Weitz
Assistant Chief

Matthew F. Sullivan
Trial Attorney