# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:18−cr−00024
Honorable John J. Tharp Jr.

Jiongsheng "Jim" Zhao

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2019:

MINUTE entry before the Honorable John J. Tharp, Jr. ; as to Jiongsheng "Jim" Zhao: The USA's agreed motion to continue the sentencing date [61] is granted. No appearance on the motion is required. The parties are directed to contact the Courtroom Deputy by 11/26/19 regarding an available date in late January/early February for the sentencing hearing. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.