# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Jiongsheng "Jim" Zhao

                    Defendant.

Case No.: 1:18−cr−00024
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2020:

    MINUTE entry before the Honorable John J. Tharp, Jr. as to Jiongsheng "Jim" Zhao: Sentencing hearing held. Sentence of time served imposed. The Court terminates the order of pretrial release and any bond conditions against the defendant, effective immediately. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.